IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiffs,

vs.

JUAN JESUS NAVA,

                Defendant.

**4:17CR3109**

**ORDER**

IT IS ORDERED:

1)     The motion of Thomas R. Lamb to withdraw as counsel of record for Defendant Juan Jesus Nava, (Filing No. 43), is granted.

2)     Defendant's newly retained counsel, Thomas J. Olsen, shall promptly notify Defendant of the entry of this order.

3)     The clerk shall delete Thomas R. Lamb from any future ECF notifications herein.

Dated this 27th day of September, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge