IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>JUAN JESUS NAVA<br><br>    Defendant. | **4:17CR3109**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Defendant's previously retained counsel, Thomas J. Olsen, (Filing No. 136), is granted.

2) The clerk shall delete Thomas J. Olsen from any future ECF notifications herein.

August 27, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge