IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3109 |
| vs. | **ORDER** |
| JUAN JESUS NAVA, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Revocation Hearing (filing 147) is granted.

2. Defendant Juan Jesus Nava's violation of supervised release hearing is continued to February 13, 2020, at 10:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 5th day of November, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge