IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:07-CR-3109 |
| vs. | ORDER |
| JUAN JESUS NAVA, | |
| Defendant. | |

IT IS ORDERED:

1. The government's unopposed oral motion to dismiss is granted.

2. The petition for offender under supervision (filing 133) is dismissed.

Dated this 25th day of June, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge