IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JUAN JESUS NAVA,

        Defendant.

4:17-CR-3109

ORDER

IT IS ORDERED:

1. The government's unopposed oral motion to dismiss is granted.

2. The petition for offender under supervision (filing 133) is dismissed.

Dated this 25th day of June, 2020.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge